AO 470 (Rev. 01/09) Order Scheduling a Detention Hearing

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. 3:17 MJ 5320 |
| Karl J. Rogers ) | |
| ) | |
| *Defendant* ) | |

**ORDER SCHEDULING A DETENTION HEARING**

A detention hearing in this case is scheduled as follows:

| Place: | U. S. District Court<br>1716 Spielbusch Avenue<br>Toledo, Ohio  43604 | Courtroom No.: 312 |
|---|---|---|
| | | Date and Time: 12/21/17 10:00 am |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: 12/18/2017

s/James R. Knepp, II
*Judge's signature*

James R. Knepp, II, Magistrate Judge
*Printed name and title*