AO 442 (Rev. 11/11) Arrest Warrant

RECEIVED
2017 UNITED STATES DISTRICT COURT
UNITED STATES MARSHAL
NORTHERN DISTRICT OHIO
TOLEDO, OHIO

for the
Northern District of Ohio

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 3:17MJ5320 |
| Karl J. Rogers | ) | |
| Defendant | ) | |

FILED
11:53 am Dec 14 2017
Clerk U.S. District Court
Northern District of Ohio
Toledo

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Karl J. Rogers

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Knowingly receiving and/or distributing child pornography that had been shipped or transported in or affecting interstate or foreign commerce by any means, including by computer, in violation of Title 18, United States Code, Section 2252(a)(2).

Date:  12/14/2017

*Issuing officer's signature*

James R. Knepp, II, U.S. Magistrate Judge
*Printed name and title*

City and state:   Toledo, Ohio

### Return

This warrant was received on *(date)* 12/14/17, and the person was arrested on *(date)* 12-14-17
at *(city and state)* Toledo, OH.

Date:  12/15/17

*Arresting officer's signature*

Alex Rutter  SDUSM
*Printed name and title*