UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

| | | |
|---|---|---|
| United States of America, | : | |
| | : | Case No. 3:17MJ5320 |
| Plaintiff(s), | : | |
| | : | James R. Knepp, II |
| vs. | : | United States Magistrate Judge |
| | : | |
| Karl J. Rogers, | : | |
| | : | |
| Defendant. | : | |

## NOTICE OF APPEARANCE

Notice is hereby given that Reese M. Wineman, 6 West Main Street, Norwalk, Ohio 44857, is the attorney for the above-captioned Defendant. It is requested that all future correspondence and pleadings be sent to Attorney Wineman regarding this case.

Reese M. Wineman (0032268)
6 West Main Street
Norwalk, Ohio 44857
(419) 668-6840
(419) 668-7720 Fax
Attorney for the Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of December, 2017, a copy of the foregoing instrument was filed electronically with the District Court's electronic filing system wherein all parties may access it.

Reese M. Wineman (0032268)