UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

| | |
|---|---|
| United States of America, | : |
| Plaintiff(s), | : Case No. 3:18CR00026 |
| | : |
| vs. | : James G. Carr |
| | : United States District Court Senior Judge |
| Karl J. Rogers, | : |
| | : |
| Defendant. | : |

## MOTION TO ALLOW THE DEFENDANT TO ATTEND CHRISTMAS IN MEDINA, OHIO

NOW COMES the Defendant, Karl J. Rogers, by and through undersigned Counsel, Reese M. Wineman, and moves the Court to allow the Defendant to attend Christmas at the home of Michael E. Koch, a retired Pastor, located at 344 Chandler Court, Medina, Ohio 44256, on Wednesday, December 19th, 2018, from 4:00 p.m. until 10:00 p.m. For purposes of this Motion, no children will be in attendance.

WHEREFORE, Movant/Defendant respectfully requests that the Court allow the Defendant to attend Christmas at the home of retired Pastor, Michael E. Koch, 344 Chandler Court, Medina, Ohio, on Wednesday, December 19th, 2018, from 4:00 p.m. until 10:00 p.m.

Respectfully submitted,

*[signature]*

Reese M. Wineman (0032268)
6 West Main Street
Norwalk, Ohio 44857
(419) 668-6840
(419) 668-7720 Fax
Attorney for the Defendant

CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of November, 2018, a copy of the foregoing instrument was filed electronically with the District Court's electronic filing system wherein all parties may access it.

*[signature]*

Reese M. Wineman (0032268)