IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 3:18CR26 |
| | ) | |
| Plaintiff, | ) | JUDGE JAMES G. CARR |
| | ) | |
| v. | ) | |
| | ) | |
| KARL J. ROGERS, | ) | NOTICE OF APPEARANCE |
| | ) | (CO-COUNSEL) |
| Defendant. | ) | |

Now comes the United States of America, by and through counsel, Justin E. Herdman,

United States Attorney, and Tracey Ballard Tangeman, Assistant U.S. Attorney, and respectfully

advises the Court that the undersigned will appear as co-counsel of record, and requests that all

notices and entries sent by this Court to Tracey Ballard Tangeman, Assistant U.S. Attorney, also

be sent to Matthew D. Simko, Assistant U.S. Attorney.

Respectfully submitted,

JUSTIN E. HERDMAN
United States Attorney

By:    /s/ Matthew D. Simko
       Matthew D. Simko (OH: 0086787)
       Assistant United States Attorney
       Four Seagate, Suite 308
       Toledo, OH 43604
       (419) 259-6376
       (419) 259-6360 (facsimile)
       Matthew.Simko@usdoj.gov

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 26th day of December 2018, a copy of the foregoing document was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's system.

/s/ Matthew D. Simko
Matthew D. Simko
Assistant U.S. Attorney