IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

United States of America,  Case No. 3:18-cr-00026

    Plaintiff,  JERS ORDER

    -vs-

Karl J. Rogers,

    Defendant.

The Court is using new technology to facilitate the viewing of exhibits by jurors (Jury Evidence Recording Systems / "JERS"). Counsel shall use the following procedures.

**SUBMISSION OF EXHIBITS IN ELECTRONIC FORMAT**

Each party shall submit to Chambers all exhibits on a single storage device such as a CD, DVD, or USB drive no later than **one week prior to trial.** Parties shall retain their original exhibits and shall submit only copies, including audio or visual exhibits.

**RENAMING OF EXHIBIT FILES**

The Exhibit Files must be named using a naming convention as follows:

&lt;exhibit number&gt;_&lt;exhibit description&gt;.&lt;file extension

Examples of valid exhibit file names are set forth below:

    12_2009 Tax Statement.pdf
    13_2010 Tax Statement.pdf

If a Physical Exhibit will be used in trial, a pdf document with "Physical Exhibit" shall be submitted for use in JERS. This document should be named as follows:

Exhibit Number_Physical Exhibit-item description.pdf

Example: 35_ Physical Exhibit-Red Sweatshirt.pdf

The exhibit **must** be named by number, followed by the "underscore" character, and the underscore character cannot be used elsewhere in the exhibit name. All exhibits must include an exhibit description.

Compatible file types include:

- PDF
- JPG
- WM Video
- MP3
- WAV

For a list of all acceptable file extensions, please see our website at :
http://www.ohnd.uscourts.gov/home/courtroom-support/jers/

Counsel shall coordinate numbering of the documents (e.g., designate 1–99 for Plaintiff; 100–199 for Defendant) to prevent overlapping or duplicates. Exhibits containing multiple images (such as photographs, charts or drawings) shall be marked individually with an exhibit number. Numbered subparts (e.g., 10-1 10-A) and composite exhibits are **not** permitted.

Prior to submitting exhibits, counsel are encouraged to contact DeAnna Cox at (419) 213-5565 with any questions about JERS procedures.

So ordered.

 s/ *James G. Carr*
James G. Carr
Sr. United States District Judge