IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| UNITED STATES OF AMERICA, | ) | CASE NO. 3:18CR26 |
| --- | --- | --- |
| Plaintiff, | ) | JUDGE JAMES G. CARR |
| v. | ) | |
| | ) | **GOVERNMENT'S WITNESS LIST** |
| KARL ROGERS | ) | |
| Defendant. | ) | |

Although a witness list was not ordered to be filed in this case, the United States of America, through the U.S. Attorney for the Northern District of Ohio, Justin E. Herdman, by Assistant U.S. Attorneys, Tracey B. Tangeman and Matthew D. Simko, hereby submits its list of prospective witnesses at trial. However, the government reserves the right to call in its case-in-chief or on rebuttal any witness who has been identified in discovery, who establishes that a minor victim depicted is a real child, or who establishes chain of custody.

| Name | Agency |
| --- | --- |
| TFO Ryan Anschutz | Federal Bureau of Investigation |
| TFO Bryan Allen | Federal Bureau of Investigation |
| SA Michael Sirohman | Federal Bureau of Investigation |
| SA Todd Krajeck | Federal Bureau of Investigation |
| SA Drew Stragar-Rice | Federal Bureau of Investigation |
| Inv. Jason Howell | Internet Crimes Against Children Unit, Cuyahoga County Prosecutor's Office |
| Keeper of Records | Frontier Communications, Everett, Washington |

| Professor Brian Levine | University of Massachusetts, Amherst – Expert in Freenet Law Enforcement Tool |
|---|---|
| *If the defense does not stipulate that the children depicted are real children, the government may also call one or more of the following witnesses, all of whom are listed in Reports from the National Center for Missing and Exploited Children in discovery:* ||
| Tracy Villadival | McLennen County District Attorney's Office, Texas |
| SA Matt Wright | DHS Immigration and Customs Enforcement, Oklahoma |
| SA Tracie Smith | Federal Bureau of Investigation, Oklahoma |
| SA Rhonda Daniel | Georgia Bureau of Investigation, Georgia |
| SA Glenn Covington | DHS Immigration and Customs Enforcement, North Carolina |
| TFO Chris Chappell | Federal Bureau of Investigation, North Carolina |
| SA Peter Amodeo | DHS Immigration and Customs Enforcement, Georgia |
| SA Jamie West | DHS Immigration and Customs Enforcement, Vermont |
| Det. Sgt. John Merrigan | Vermont State Police – Rockingham Barracks |

Respectfully submitted,

JUSTIN E. HERDMAN
UNITED STATES ATTORNEY


By: /s/ *Tracey Ballard Tangeman*
    Assistant U.S. Attorney (0069495)
    Tracey.Tangeman@usdoj.gov

By: /s/ *Matthew D. Simko*
    Assistant U.S. Attorney (0086787)
    Matthew.Simko@usdoj.gov
    Four Seagate, Suite 308
    433 N. Summit St.
    Toledo, Ohio 43604
    Tel. No. (419) 259-6376
    Fax No. (419) 259-6370

## CERTIFICATE OF SERVICE

On January 18, 2019, the foregoing document was filed electronically with the Court's CM/ECF system, which will send electronic notification to counsel of record.

                                        /s/ *Tracey Ballard Tangeman*
                                        Tracey Ballard Tangeman
                                        Assistant United States Attorney