THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 3:18CR26 |
| | ) | |
| Plaintiff, | ) | JUDGE JAMES G. CARR |
| v. | ) | |
| KARL ROGERS, | ) | STIPULATION NO. 1: |
| | ) | MINORS DEPICTED ARE REAL CHILDREN |
| Defendant. | ) | |

IT IS STIPULATED and agreed by and between the parties, the plaintiff, United States of America, by and through its counsel, Justin E. Herdman, United States Attorney, and Tracey Ballard Tangeman and Matthew D. Simko, Assistant United States Attorneys, and defendant Karl Rogers, with the advice and consent of Reese Wineman, attorney for the defendant, that the following facts are true and deemed proved:

1. The minors depicted in the visual depictions, images, and videos in Government's Exhibit 1 are real children.

Respectfully submitted,

By: JUSTIN E. HERDMAN
    United States Attorney

/s/ *Tracey Ballard Tangeman*
Tracey Ballard Tangeman (0069495)
Tracey.Tangeman@usdoj.gov

/s/ *Matthew D. Simko*
Matthew D. Simko (0086787)
Matthew.Simko@usdoj.gov
Assistant United States Attorneys

By: REESE WINEMAN
    Defense Counsel

/s/ *Reese Wineman*
Reese Wineman (0032268)
reesewineman@live.com
6 West Main Street
Norwalk, Ohio 44857
Tel.: (419) 668-6840
Fax: (419) 668-7720

Four Seagate, Third Floor
Toledo, Ohio 43604
Tel.: (419) 259-6376
Fax: (419) 259-6360