IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

United States of America,                              Case No. 3:18-cr-00026

        Plaintiff(s)

v.                                                                      ORDER

Karl J. Rogers,

        Defendant(s)

Jury Trial previously set for February 5, 2019 having been vacated, it is hereby

ORDERED THAT:

1. Trial:

   a. Twelve person jury trial is to begin on March 5, 2019 at 8:30 a.m. Voir dire to be held before Magistrate Judge James R. Knepp, II on March 1, 2019, at 9:30 a.m.

   b. Change of plea deadline is February 15, 2019.

   c. Motions in limine are to be filed not later than two weeks before trial; opposition is to be filed one week after filing of motion.

   d. Parties to file joint proposed jury instructions by not later than February 20, 2019.

   e. Not later that one week prior to trial, the parties are to:

      i. Mark and exchange exhibits, including demonstrative exhibits (*e.g.* power point and similar presentations and other demonstrative materials prepared for presentation at trial, etc.) and exchange witness lists.

      ii.      Provide the court reporter with the names of all counsel and witnesses, a copy of exhibits (if reasonably convenient) and a glossary of scientific, technical, or similar terms and terminology and to inform the court reporter whether daily copy or other special services are desired.

      iii.     If counsel intended to present evidence electronically [i.e., via laptop, power point, computer simulation, etc, or otherwise with courtroom presentation or projection equipment, they shall notify the court not later than one week prior to trial. If counsel desire assistance or instruction on the use of such equipment, they shall notify the court not later than two weeks prior to trial.

2. Parties to comply with JERS ORDER ( Doc.22) re procedures for submission of trial exhibits.

So ordered.

                                                      /s/ James G. Carr  
                                                      Sr. United States District Judge