UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

| | |
|---|---|
| United States of America, : | |
| : | Case No.  3:18CR00026 |
| Plaintiff(s), : | |
| : | James G. Carr |
| vs. : | United States District Court Senior Judge |
| Karl J. Rogers, : | |
| : | |
| Defendant. : | |

**NOTICE OF DEFENDANT, KARL J. ROGERS', WITNESS LIST**

Now comes the Defendant, Karl J. Rogers, by and through undersigned Counsel, Reese M. Wineman, and hereby respectfully submits, as his Witness List, in addition to any other Party herein, the following to be called as witnesses at Jury Trial in the above captioned matter:

1. Rev. Michael E. Koch, 344 Chandler Court, Medina, Ohio  44256;

2. Dylan Mclaughlin, 13310 Marsh Road, Bealeton, Virginia  22712;

3. Karl C. Rogers, 1313 Fieldstone Drive, Orrville, Ohio  44667;

4. Michael Rogers, 4040 Grant Avenue, NW, North Lawrence, Ohio  44666; and,

5. Any witness relied upon by any other Party to this case, upon cross-examination.

Respectfully submitted,

 /s/ *Reese M. Wineman*
Reese M. Wineman (0032268)
6 West Main Street
Norwalk, Ohio  44857
(419) 668-6840 Telephone
(419) 668-7720 Facsimile
Attorney for the Defendant

CERTIFICATE OF SERVICE

I hereby certify that on the  22nd  day of February, 2019, a copy of the foregoing instrument was filed electronically with the District Court's electronic filing system wherein all parties may access it.

 /s/ *Reese M. Wineman*
Reese M. Wineman (0032268)