IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 3:18-CR-0026 |
| Plaintiff, | ) ) ) | HON. JAMES G. CARR |
| v. | ) ) | |
| KARL ROGERS, | ) ) | **AMENDED GOVERNMENT'S EXHIBIT LIST** |
| Defendant. | ) ) ) | |

| Exhibit No. | Description |
|---|---|
| **Child Pornography** | |
| 1 | Physical Exhibit:  Disc of representative sample of child pornography |
| 2 | Physical Exhibit:  Hard Drive containing all child pornography in this case (for appellate purposes only) |
| 3 | Physical Exhibit:  Disc of forensic examination (clean copy) by Inv. Jason Howell |
| 4 | Investigative Analysis Report by Inv. Jason Howell dated July 30, 2018 re: examination of electronics seized from Defendant's residence on 12/13/2017<br>     Note:  the report includes Inv. Howell's CV |
| 5 | Investigation Protocol by Inv. Jason Howell dated June 27, 2018 re: examination of electronics seized from Defendant's residence on 12/13/2017 |
| 6 | Updated CV of Inv. Jason Howell |
| 7 | Excel Spreadsheet of Child Pornography Files from just the timeframe 10/7/17 – 12/13/17 |
| **Frontier Communications Subscriber Information** | |
| 8 | Subscriber information from Frontier Communications re: IP address 50.51.125.183 |
| **Photographs of Defendant's residence (4850 Bull Head Rd, Willard, OH) on 12/13/2017** | |
| 9 | Photo- Door into the residence  (DSC_0280) |
| 10 | Photo- Living room  (DSC_0199) |
| 11 | Photo- Dining room  (DSC_0194) |

| | |
|---|---|
| 12 | Photo- Master bedroom, view of bed w/ misc. items on it, bedside table, & closet (DSC_0262) |
| 13 | Photo- Dresser & bedroom door in master bedroom  (DSC_0263) |
| 14 | Photo- Master bed (w/ misc. items on top removed), children's train-themed pillow case and blanket on bed, & view into closet  (DSC_0204) |
| 15 | Photo- Two Sentry safes in master bedroom closet, larger safe on bottom and lockbox on top of it (doors to both open) (DSC_0264) |
| 16 | Photo- Close up of large safe in master bedroom closet, safe door ajar  (DSC_0247) |
| 17 | Photo- Contents in large Sentry safe:  red Dell Inspiron laptop on top shelf, Bank of America envelope under it, discs on lower shelf, & other misc. items  (DSC_0240) |
| 18 | Photo- Keys hanging on inside door of large Sentry safe, yellow-tagged key goes to lockbox on top of it in closet  (DSC_0241) |
| 19 | Photo- Contents of large Sentry safe removed & lying on bed:  red Dell Inspiron laptop, HP laptop, cell phone still in case, 2 hard drives, discs in plastic cases, & Bank of America envelope  (DSC_0243) |
| 20 | Photo- Contents of Bank of America envelope, including Federal Credit Union debit card in defendant's name, cell phone, & several discs in plastic cases  (DSC_0244) |
| 21 | Photo- Close up of floppy discs (yellow, aqua, red & tan) & small notepad, found in large Sentry safe in closet  (DSC_0245) |
| 22 | Photo- Sentry lockbox removed from closet, closed but with key in it  (DSC_0246) |
| 23 | Photo- Contents of Sentry lockbox from closet:  several discs in plastic cases & children's underwear  (DSC_0242) |
| 24 | Photo- Contents of (2nd) lockbox, found under master bed, containing "fleshlights" (sex toys) with a shipping receipt in defendant's name & to his address (DSC_0235) |
| 25 | Photo- Pansonic laptop computer in black computer case, found in master bedroom closet & placed on bed for photographing  (DSC_0231) |
| **Collection logs from search of defendant's residence** | |
| 26 | FBI Evidence Response Team Datasheet Casebook, containing an evidence log of items seized from defendant's residence |
| 27 | FBI property receipt logging items seized from defendant's residence |
| **Interview of Defendant** | |
| 28 | Portions of Defendant's Interview |
| 29 | Physical Exhibit:  Disc of Defendant's Interview in its entirety (for appellate purposes only) |
| 30 | Transcript of portions of Defendant's interview |
| 31 | Transcript of Defendant's interview in its entirety (for appellate purposes only) |
| 32 | FBI Report re: Defendant's statements in interview |
| **Freenet** | |
| 33 | CV of Brian Levine |
| 34 | Article about Freenet, co-authored by Brian Levine |
| 35 | Freenet Target Summary Files in this case |

| | |
|---|---|
| 36 | FBI Report re: undercover downloads using Freenet law enforcement tool |
| **Physical Evidence Seized from Defendant's Residence** | |
| 37 | Physical Exhibit:  Dell Laptop (red) – Forensic Rpt Item #25 |
| 38 | Physical Exhibit:  Silicon Power Hard Drive – Forensic Rpt Item #23 |
| 39 | Physical Exhibit:  (11) CDs & DVDs (Unlabeled) – Forensic Rpt Item #17 |
| **Video Clips from Defendant's 12/13/17 Interview (for use on cross-examination)** | |
| 40 | Interview Clip p09-13 - 9-20 |
| 41 | Interview Clip P10-04 - 10-10 |
| 42 | Interview Clip P22-03 - 23-10 |
| 43 | Interview Clip P29-10 - 30-2 |
| 44 | Interview Clip P33-22 - 34-08 |
| 45 | Interview Clip P34-15 - 34-18 |
| 46 | Interview Clip P34-25 - 36-04 |
| 47 | Interview Clip P36-12 - 37-01 |
| 48 | Interview Clip P37-12 - 37-14 |
| 49 | Interview Clip P37-25 - 38-13 |
| 50 | Interview Clip P40-07 - 40-10 |
| 51 | Interview Clip P40-18 - 41-10 |
| 52 | Interview Clip P42-01 - 44-02 |
| 53 | Interview Clip P45-03 - 45-10 |
| 54 | Interview Clip P45-17 - 45-19 |
| 55 | Interview Clip P45-25 - 46-03 |
| 56 | Interview Clip P51-05 - 51-12 |
| 57 | Interview Clip P51-24 - 53-05 |
| 58 | Interview Clip P55-07 - 55-08 |
| 59 | Interview Clip P55-14 - 56-22 |
| 60 | Interview Clip P57-02 - 57-14 |
| 61 | Interview Clip P57-20 - 58-21 |
| 62 | Interview Clip P70-06 - 70-18 |
| 63 | Interview Clip P74-24 - 75-05 |
| 64 | Interview Clip P91-06 - 91-13 |

JUSTIN E. HERDMAN
United States Attorney

By:  /s/ *Tracey Ballard Tangeman*
Tracey Ballard Tangeman (OH: 0069495)
Assistant United States Attorney
Tracey.Tangeman@usdoj.gov

/s/ *Matthew D. Simko*
Matthew D. Simko (OH: 0086787)

Assistant United States Attorney
Matthew.Simko@usdoj.gov

Office of the United States Attorney
Four Seagate, Third Floor
Toledo, Ohio 43604
Tel.: (419) 259-6376
Fax: (419) 259-6360

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of February 2019, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ *Tracey Ballard Tangeman*
Tracey Ballard Tangeman
Assistant United States Attorney