FILED

MAR 0 1 2019

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
TOLEDO

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:18 CR 26 |
| Plaintiff, | JUDGE JAMES G. CARR |
| v. | MAGISTRATE JUDGE JAMES R. KNEPP, II |
| KARL J. ROGERS, | **CONSENT TO HAVE MAGISTRATE JUDGE CONDUCT JURY IMPANELMENT** |
| Defendant. | |

The Plaintiff and Defendant hereby consent to have a United States Magistrate Judge conduct the jury impanelment in this criminal case.

Defendant hereby acknowledges that he has discussed with counsel his right to be present at all proceedings throughout the trial including the right to be present during jury impanelment. After being advised of such right, defendant waives, however, his presence at sidebar conferences during the questioning of individual jurors and/or potential jurors, and further agrees that counsel will participate in such sidebar conferences on his behalf.

Dated: March 1, 2019

_____
COUNSEL FOR PLAINTIFF

_____
COUNSEL FOR DEFENDANT

_____
DEFENDANT