```
 1                      UNITED STATES DISTRICT COURT
                         NORTHERN DISTRICT OF OHIO
 2                            WESTERN DIVISION

 3   UNITED STATES OF AMERICA,      Docket No. 3:18CR26

 4            Plaintiffs,            Toledo, Ohio

 5            v.                     March 6, 2019

 6   KARL J. ROGERS,

 7            Defendant.

 8   ------------------------------

 9         TRANSCRIPT EXCERPT OF JURY TRIAL - VERDICT
              BEFORE THE HONORABLE JAMES G. CARR
10                 UNITED STATES DISTRICT JUDGE

11

12   APPEARANCES:

13   For the Plaintiffs:   Tracey Tangeman
                           Office of the U.S. Attorney
14                         Four SeaGate, Suite 308
                           Toledo, Ohio 43604
15                         (419) 242-5675

16

17   For the Defendant:
                           Reese M. Wineman
18                         6 West Main Street
                           Norwalk, Ohio 44857
19                         (419) 668-6840

20

21   Court Reporter:       Angela D. Nixon, RMR, CRR
                           1716 Spielbusch Avenue
22                         Toledo, Ohio 43624
                           (419) 260-5259
23

24   Proceedings recorded by mechanical stenography, transcript

25   produced by notereading.
```

1      THE COURT:  I understand the jurors have a
2 verdict.  Deanna, please get the jury.  I will tell the
3 jurors, I'll go back and let them know -- I'll spend 10 or
4 15 minutes with them.  I also tell them if they have any
5 interest in talking to the lawyers at all, I understand
6 this, that or other in terms of any suggestions or tips and
7 so forth.  Some jurors do, lots of jurors go home, so if
8 you want to stick around for that, that's fine.  It's
9 entirely up to you folks.
10      (Jury has entered the courtroom.)
11      THE COURT:  You may be seated.
12      Okay.  Ladies and gentlemen, I understand you
13 have a verdict.  And if the foreperson will please hand the
14 verdict forms to the -- to Deanna.  Thank you.
15      If the clerk will please read the verdict.
16      COURTROOM DEPUTY:  In the United States District
17 Court for the Northern District of Ohio, Western Division,
18 case number 3:18CR26, United States of America versus Karl
19 J. Rogers, we the jury unanimously find the defendant
20 guilty as charged in the indictment.
21      Signed by all 12 jurors.
22      THE COURT:  Does either counsel wish to have the
23 jury polled?
24      MS. TANGEMAN:  No, Your Honor.
25      MR. WINEMAN:  Yes, Your Honor, please.

```
 1                THE COURT:  I'll begin here and go down with
 2    juror number one, is that your verdict?
 3                JUROR:  Yes.
 4                THE COURT:  Number two, is that your verdict?
 5                JUROR:  Yes.
 6                THE COURT:  Number three, is that your verdict?
 7                JUROR:  Yes.
 8                THE COURT:  Number four, is that your verdict?
 9                JUROR:  Yes.
10                THE COURT:  Number five, is that your verdict?
11                JUROR:  Yes.
12                THE COURT:  Number six, is that your verdict?
13                JUROR:  (Nonverbal response).
14                THE COURT:  Okay.  I didn't hear an answer.
15                JUROR:  Yeah.
16                THE COURT:  Okay.  Thank you.  Number seven --
17    now number seven?
18                JUROR:  Yes.
19                THE COURT:  Number eight, is that your verdict?
20                COURTROOM DEPUTY:  We're on number nine now,
21    Judge.
22                THE COURT:  Pardon?
23                COURTROOM DEPUTY:  We let number seven go so
24    we're on nine --
25                THE COURT:  I meant sitting -- is that your
```

1   verdict?

2              JUROR:  Yes.

3              THE COURT:  Sir, is that your -- or, ma'am, I

4   can't see, I'm sorry.  Is that your verdict?

5              JUROR:  Yes.

6              THE COURT:  Okay.

7              JUROR:  Yes, Judge.

8              THE COURT:  Is that your verdict too?

9              JUROR:  Yes, Your Honor.

10             THE COURT:  Okay.

11             JUROR:  Yes.

12             THE COURT:  Very well.  I think we've gotten --

13  all 12 have confirmed that that's their verdicts.  The

14  verdict and judgment will be entered accordingly.

15             Ladies and gentlemen, your services are now done.

16  If you're agreeable I'd like to come back and say a few

17  words to you personally about how deeply and sincerely and

18  how grateful I am, the parties are, the community is, for

19  your service.  And trust you took to heart -- I won't

20  repeat what I said yesterday morning at the outset, but I

21  think that the American jury system is the finest ball work

22  against tyranny any and government overreach and

23  unrestrained governmental power in terms of both the life

24  and liberty of its citizens that the mind of man has ever

25  created.  And also for a brief span you have been the most

1   important part in the best judicial system, the best system
2   for deciding right and wrong, adjudicating disputes that
3   the mind has ever created.  No matter what other critics
4   may say about the Federal Judiciary, think about it, think
5   what you've experienced.  There has never been anything
6   that has stood more strongly and firmly as protecter of our
7   rights and the integrity of the Republic than the American
8   jury, 12 ordinary citizens.  I use that term in the most
9   positive way possible, ordinary citizens.  Every one of you
10  had something else you were going to be doing this past
11  couple of days when you came for voir dire, every one of
12  you, we know that, we understand it.  But unlike so many
13  other people, some people don't even register to vote
14  because they don't want to do jury service.  I hope you go
15  away with a sense of not only shame on you because that
16  ballot was fought with bodies and bullets beginning at
17  Lexington and it's still happening today.  And to throw it
18  away because you do not want to do the job that you have
19  done, not only shame on people of that mind set or others
20  that don't want to do that job, but I hope you go away
21  feeling just a little bit sorry for them because of what
22  they've missed.  As difficult as that job is, our liberties
23  and our security depend upon you, the ordinary citizen,
24  much more than they do on me.  They really do.  So thank
25  you very much.

1	If you have a few more minutes I'd like to come
2	back and thank you each personally.  Thank you very much
3	for your service, your patience, your deliberation and your
4	verdict.
5	         (Jury excused.)
6	         THE COURT:  You may be seated.  Anything further
7	for the government?
8	         MS. TANGEMAN:  Yes, Your Honor.  We would ask
9	that the defendant be remanded into custody.
10	         THE COURT:  I understand.  Mr. Wineman, anything
11	further, do you accept that --
12	         MR. WINEMAN:  Your Honor, we believe that Karl
13	does not represent a flight risk.
14	         THE COURT:  I agree completely. Quite candidly,
15	Ms. Tangeman, the government's right, I think it's
16	mandatory, but I think that the -- even though he no longer
17	is clothed in the presumption of innocence, and even though
18	the law properly gives me the authority and power to return
19	him -- to remand him to custody, I think as an important
20	aspect of due process of law that I make that
21	determination.
22	         MR. WINEMAN:  Yes, Your Honor.
23	         THE COURT:  This young man is going to be far
24	better off spending the next three or four weeks or
25	whatever at home with the people who have come here, one of

1  the most dreadful experiences of their lives, and said I
2  stand up for my boy, I stand up for my brother.  That's the
3  kind of support you're going to need that you're looking
4  forward eagerly to take.  I think everybody who saw you
5  testify understands that.  And that is not to excuse the
6  role that you played in what happened, what everybody saw.
7          And so over the government's objection with the
8  right to appeal, the defendant will be allowed to report
9  when and as The Bureau -- The Bureau of Prisons, the
10 Marshal Service notifies him when and where to report.
11 Probably be two to four weeks I think.  That's usually
12 typical time, isn't it, Jim -- Matt, I'm sorry, I can't
13 see.  It's about four weeks, but you'll be told when and
14 where to go.  And that's after the sentence of course.  So
15 I've got to impose the sentence -- the sentencing date will
16 be --
17          COURTROOM DEPUTY:  Sometime in late August.
18          THE COURT:  I haven't picked the date, we'll give
19 it to you later.  There'll be -- a pretrial service
20 probation officer will have an interview with you.
21 Mr. Wineman has a right to attend, I would too -- under all
22 circumstances, I would have my lawyer with me, very
23 thorough background check, usually about 20, 30 pages long.
24 Lawyers get a copy, Mr. Wineman will go over it with you.
25 If there are any mistakes at all, he'll call them to the

1  officer's attention.  He or she will correct them.  If
2  there's some that aren't corrected to your satisfaction,
3  then I will adjudicate those at sentencing, and that will
4  be sometime in August.  Okay.  I really think --
5         MR. WINEMAN:  Thank you.
6         THE COURT:  The government's standpoint, I think
7  that all of us are better off if this young man is home and
8  beginning to work at this very serious and awful problem.
9         Once again, I want to commend the lawyers for a
10 case well tried.  I really appreciate it.  So, Matt, if you
11 want to stick around a little longer, that's fine too.
12        Thank you.  We'll be in recess.
13
14
15
16
17
18
19
20
21
22
23
24
25

```
 1                     C E R T I F I C A T E
 2
 3          I certify that the foregoing is a correct transcript
 4    from the record of proceedings in the above-entitled matter.
 5
 6    s:/Angela D. Nixon              March 11, 2019
 7    ---------------------------             -----------
 8    Angela D. Nixon, RMR, CRR       Date
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```