.AO89 (Rev. 7/95) Subpoena in a Criminal Case

# UNITED STATES DISTRICT COURT

Northern DISTRICT OF Ohio

United States of America

v.

Karl J. Rogers

**SUBPOENA IN A CRIMINAL CASE**

Case Number: 3:18-CR-26

TO: James Pauken
Keeper of Records, Frontier Communications
Frontier Security Operations, Legal Compliance
1800 41st St., Ste. N-100, Everett, WA 98203

☒ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below, or any subsequent place, date and time set by the court, to testify in the above referenced case. This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| PLACE | JUDGE |
|---|---|
| United States District Court<br>1716 Spielbusch Ave.<br>Toledo, OH 43604 | Judge James G. Carr |
| | ROOM<br>Room 204 |
| | DATE AND TIME<br>Mar 5, 2019    08:30 a.m. |

☐ YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

Re: Subpoena # 404881 for IP address 50.51.125.183
Frontier case # 2017-04654

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT<br>SANDY OPACICH, CLERK | DATE<br>2/11/2019 |
|---|---|
| (By) Deputy Clerk<br>/s/ Robert T. Pitts | |

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER:
Assistant U.S. Attorney, Tracey Ballard Tangeman
Four Seagate, Suite 308
Toledo, Ohio 43604 Telephone: (419) 259-6376

AO89 (Rev. 7/95) Subpoena in a Criminal Case (Reverse)

| | PROOF OF SERVICE | |
|---|---|---|
| RECEIVED BY SERVER | DATE | PLACE |
| SERVED | DATE 2/11/19 | PLACE Via email james.pauken@ftr.com |
| SERVED ON (PRINT NAME) James Pauken Frontier Communications | | FEES AND MILEAGE TENDERED TO WITNESS ☐ YES ☑ NO   AMOUNT $ _____ |
| SERVED BY (PRINT NAME) Jennifer Niezgoda | | TITLE Legal Assistant |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on   2/11/19
                    DATE

Signature of Server: Jennifer N. Niezgoda

Address of Server: 433 N. Summit St., Ste. 308
Toledo, OH 43611

ADDITIONAL INFORMATION

AO89 (Rev. 7/95) Subpoena in a Criminal Case (Reverse)