.AO89 (Rev. 7/95) Subpoena in a Criminal Case

# UNITED STATES DISTRICT COURT

Northern DISTRICT OF Ohio

UNITED STATES OF AMERICA

V.

KARL J. ROGERS

**SUBPOENA IN A CRIMINAL CASE**

Case Number: 18-CR-26

TO:

SA Michael Sirohman

☒ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below, or any subsequent place, date and time set by the court, to testify in the above referenced case. This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| PLACE | JUDGE |
|---|---|
| United States District Court<br>1716 Spielbusch Ave.<br>Toledo, OH 43604 | Judge James G. Carr |
| | ROOM<br>Room 204 |
| | DATE AND TIME<br>Mar 5, 2019    8:30 AM |

☐ YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

The date and time of your appearance is subject to change. Please contact AUSA Tracey Ballard Tangeman at 419-241-0719 with any questions

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT | DATE |
|---|---|
| SANDY OPACICH, CLERK | 2/11/2019 |
| (By) Deputy Clerk<br>/s/ Robert T. Pitts | |

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER:
Assistant U.S. Attorney, Tracey Ballard Tangeman
Four Seagate, Suite 308
Toledo, Ohio 43604 Telephone: (419) 241-0719

AO89 (Rev. 7/95) Subpoena in a Criminal Case (Reverse)

## PROOF OF SERVICE

| | DATE | PLACE |
|---|---|---|
| RECEIVED BY SERVER | 2/15/19 | MANSFIELD FBI RA |
| SERVED | DATE 2/19/19 | PLACE MANSFIELD FBI RA |

**SERVED ON (PRINT NAME)**: SSRA TODD KRANJCK FBI

**FEES AND MILEAGE TENDERED TO WITNESS**: ☐ YES  ☐ NO  AMOUNT $ _____

**SERVED BY (PRINT NAME)**: TFO RYAN ANSCHUTZ

**TITLE**: TASK FORCE OFFICER

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on  2/19/19
DATE

TFO [signature]
SIGNATURE OF SERVER

53 W 3rd ST
ADDRESS OF SERVER

MANSFIELD, OH 44902

**ADDITIONAL INFORMATION**

RECEIVED 2019 FEB 25 AM 11:11 U.S. ATTORNEY'S TOLEDO, OHIO

AO89 (Rev. 7/95) Subpoena in a Criminal Case (Reverse)