.AO89 (Rev. 7/95) Subpoena in a Criminal Case

# UNITED STATES DISTRICT COURT

_____Northern_____ DISTRICT OF _____Ohio_____

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br>KARL J. ROGERS | **SUBPOENA IN A CRIMINAL CASE**<br><br>Case Number: 18-CR-26 |

TO:

Professor Brian Levine

☒ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below, or any subsequent place, date and time set by the court, to testify in the above referenced case. This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| PLACE | JUDGE |
|---|---|
| United States District Court<br>1716 Spielbusch Ave.<br>Toledo, OH 43604 | Judge James G. Carr |
| | ROOM<br>Room 204 |
| | DATE AND TIME<br>Mar 5, 2019    8:30 AM |

☐ YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

The date and time of your appearance is subject to change. Please contact AUSA Tracey Ballard Tangeman at 419-241-0719 with any questions

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT<br>SANDY OPACICH, CLERK | DATE<br>2/11/2019 |
|---|---|
| (By) Deputy Clerk<br>/s/ Robert T. Pitts | |

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER:
Assistant U.S. Attorney, Tracey Ballard Tangeman
Four Seagate, Suite 308
Toledo, Ohio 43604 Telephone: (419) 241-0719

| PROOF OF SERVICE | | | |
|---|---|---|---|
| RECEIVED BY SERVER | DATE | PLACE | |
| SERVED | DATE 2/11/19 | PLACE Via email BriannLevine@gmail.com | |
| SERVED ON (PRINT NAME) Brian Levine | | FEES AND MILEAGE TENDERED TO WITNESS ☐ YES ☒ NO  AMOUNT $ _____ | |
| SERVED BY (PRINT NAME) Jennifer N. Niezgoda | | TITLE Legal Assistant | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on  2/11/19
DATE

*Jennifer N. Niezgoda*
SIGNATURE OF SERVER

433 N. Summit St., Ste. 308
ADDRESS OF SERVER

Toledo, OH 43604

ADDITIONAL INFORMATION

AO89  (Rev. 7/95) Subpoena in a Criminal Case (Reverse)