IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| United States of America, | : | |
| | : | Case No. 3:18CR00026 |
| Plaintiff, | : | |
| | : | James G. Carr |
| vs. | : | United States District Court Senior Judge |
| | : | |
| Karl J. Rogers, | : | |
| | : | **ORDER** |
| Defendant. | : | |

This cause came on to be heard upon motion of Reese M. Wineman, Counsel for the Defendant, to allow the Defendant time for errands and visits to his parents' home in this matter.

Upon consideration and for good cause shown it is hereby ORDERED, ADJUDGED and DECREED that the motion is Well Taken and that the Defendant is GRANTED time for errands and visits to his parents' home.

It is, accordingly,

ORDERED THAT:

1. The Defendant be, and hereby is, allowed 4 hours to do three (3) acres of yard work each week, as weather permits at 4850 Bullhead Road, Willard, Ohio;

2. The Defendant be, and hereby is, allowed 8 hours (including 1.5 hrs. drive time there and back) every other week to visit his parents, Karl C. and June D. Rogers at 1313 Fieldstone Drive, Orville, Ohio 44667, (as his parents go to his house the week in between);

3. The Defendant be, and hereby is, allowed 4 ½ hours (including 1 hr. drive time there and back), as needed, to Taylor Volkswagen dealership, at 11799 County Road 99, Findlay, Ohio 45840, to get oil change/tire rotation/maintenance, and repairs;

4. The Defendant be, and hereby is, allowed to walk to the end of his lane and back each day to get his mail between 4:00 p.m. to 4:15 p.m. (as he is physically able to walk to the mailbox, the post office will not deliver it right to his door);

5. The Defendant be, and hereby is, allowed 4 hours each week to run errands for groceries and household needs to, including, but not limited to, a Post Office, a Bank, a Walmart, a Lowes, and, a Gas Station, in addition to any time necessary for medical and counseling needs.

IT IS SO ORDERED.

Sr. U.S. District Judge, James G. Carr