IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| United States of America, | Case No. 3:18CR00026 |
| Plaintiff(s), | |
| vs. | James G. Carr |
| | United States District Court Senior Judge |
| Karl J. Rogers, | **ORDER** |
| Defendant. | |

This cause came on to be heard upon motion of Reese M. Wineman, Counsel for the Defendant, to release evidence taken by the arresting agency during the arrest and subsequent search of the Defendant in this matter, in the form of his cell phones, Ipad, computers, cameras, memory cards, and ipods.

Upon consideration and for good cause shown it is hereby ORDERED, ADJUDGED and DECREED that the motion is Well Taken and that the arresting agency is hereby ORDERED to release any and all evidence taken from the Defendant at the time of the arrest in this matter, in the form of his cell phones, Ipad, computers, cameras, memory cards, and ipods.

IT IS SO ORDERED.

_____
Sr. U.S. District Judge, Judge James G. Carr