UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

| | | |
|---|---|---|
| United States of America, | : | |
| | : | Case No. 3:18CR00026 |
| Plaintiff(s), | : | |
| | : | James G. Carr |
| vs. | : | United States District Court Senior Judge |
| | : | |
| Karl J. Rogers, | : | |
| | : | |
| Defendant. | : | |

### NOTICE OF FILING OF ADDITIONAL MATERIALS TO BE CONSIDERED AT THE TIME OF SENTENCING

Now comes the Defendant, by and through Counsel, Reese M. Wineman, and respectfully submits notice to the Court and the Prosecutor for the Plaintiff of filing of the following materials to be considered at the time of sentencing in the present matter:

1) Certificate of Appreciation from the United States Marine Corps, on October 25th, 2013 (Honorable Discharge);

2) Certificate of Commendation, dated February 19, 2013;

3) Certificate of Completion of Marine Combat Training, from the School of Infantry – East, dated March 2, 2010;

4) Appointment as Corporal of Marines, on June 1, 2012;

5) Meritorious Mast to Lance Corporal Karl J. Rogers, by the Officer in Charge, Mojave Viper Support Detachment, Camp Wilson, T. A. Green, Colonel, U. S. Marine Corps, for outstanding service, dated Jun 1, 2011;

6) Appointment as a Lance Corporal (Meritoriously), in the United States Marine Corps, on April 2, 2010;

7) Letter of Appreciation to Lance Corporal Karl Rogers USMC from his Commanding Officer, J. O. Collaza, on August 9, 2010;

8) Certificate to LCpl. Karl J. Rogers, Green Belt in the Marine Corps Martial Arts Program, dated February 25th, 2011;

9) Meritorious Mast to Private First Class Karl J. Rogers, by the Marine Corps Detachment, Redstone Arsenal, AL, for outstanding service, dated April 14th, 2010;

10) Certificate of Distinguished Graduate for Ammunition Basic's Course, on April 14, 2010;

11) US Army Ordnance, Munitions and Electronics Maintenance School, Distinguished Graduate, Ammunition Technician (USMC) Course, dated April 14, 2010; and,

12) Certificate of Training to PFC Karl J. Rogers, from The Department of the Army, Defense Ammunition Center, McAlester, OK, Naval Motor Vehicle & Railcar Inspection, 5 Apr-8 Apr 2010.

Respectfully submitted,

/s/ Reese M. Wineman

Reese M. Wineman (0032268)
6 West Main Street
Norwalk, Ohio 44857
(419) 668-6840 Telephone
(419) 668-7720 Facsimile
Attorney for the Defendant

CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of August, 2019, a copy of the foregoing instrument was filed electronically with the District Court's electronic filing system wherein all parties may access it.

/s/ Reese M. Wineman

Reese M. Wineman (0032268)



# United States Marine Corps

## Certificate of Appreciation

*This is to certify that*

**CORPORAL KARL J. ROGERS**

was on the 25TH day of OCTOBER 2013 released from active duty and transferred to the

### Individual Ready Reserve

after 4 years and 0 months of Honest and Faithful Active Service.

While the Marine Corps has been your occupation, family, and life for only a few short years, I am certain the honor, courage, and commitment instilled in you as a Marine will remain with you forever. Throughout your service, you demonstrated the leadership qualities and professional contributions that Marines strive to attain. You helped to maintain the security of the United States of America and have added strength to our Corps with a sense of patriotism and devotion to duty that is in keeping with the proud traditions of the United States Marine Corps. I honor you and respect the commitment and loyalty you displayed during your enlistment. Best wishes to you for happiness and success in the future. Semper Fidelis.

Given under my hand on behalf of the Commandant of the Marine Corps this 18TH day of SEPTEMBER 2013 at 1ST SUPPLY BATTALION, CLR-15, 1ST MLG

M. J. FITZGERALD
LIEUTENANT COLONEL, USMC
COMMANDING

NAVMC 11352 (Rev. 06-00)



# United States Marine Corps

## Certificate of Commendation

**COMMANDING OFFICER
5TH MARINE REGIMENT**

*takes pleasure in commending*

**CORPORAL KARL J. ROGERS
UNITED STATES MARINE CORPS**

*for*

OUTSTANDING ACHIEVEMENT IN THE PERFORMANCE OF DUTY WHILE SERVING AS AMMUNITION TECHNICIAN, 5TH MARINE REGIMENT FROM 26 NOVEMBER 2012 TO 17 DECEMBER 2012 IN SUPPORT OF EXERCISE STEEL KNIGHT 13. DURING THIS PERIOD, CORPORAL ROGERS ASSISTED IN THE PREPARATION, ISSUE, AND RECEIPT OF AMMUNITION FOR SIX TACTICAL TRAINING EXERCISE CONTROL GROUP RANGES AND SIX WHITE-SPACE TRAINING RANGES, TO INCLUDE THE 400 AND 410A SERIES. IN ADDITION, HE STRICTLY ACCOUNTED FOR MORE THAN 163,000 ROUNDS OF EXPENDED AMMUNITION VALUED AT $722,000. HE DEMONSTRATED HIS TECHNICAL PROFICIENCY BY ENSURING THAT ALL REQUIRED DOCUMENTATION WAS PROPERLY COMPLETED AND ASSISTED IN THE MANAGEMENT OF THE AMMUNITION RETROGRADE, RESULTING IN AN EFFICIENT AND ORDERLY TURN-IN OF AMMUNITION AFTER THE END OF EXERCISE TO THE CENTER MAGAZINE AREA. CORPORAL ROGERS' OUTSTANDING PERFORMANCE AND DEDICATION TO DUTY REFLECTED CREDIT UPON HIM AND WERE IN KEEPING WITH THE HIGHEST TRADITIONS OF THE MARINE CORPS.

19 FEBRUARY 2013

**R. B. TURNER JR
COLONEL, U.S. MARINE CORPS
COMMANDING OFFICER
5TH MARINE REGIMENT**

NAVMC 10631 (REV. 8-89) S/N0109-LF-064-0200



# United States Marine Corps

## School of Infantry-East

Be It Known That

ROGERS KARL J

Having met all requirements and successfully completed the curriculum prescribed for

## Marine Combat Training

Is hereby awarded this Certificate of Completion
Given at Camp Geiger, North Carolina
This 02-Mar-2010

C. L. Sbragia
Lieutenant Colonel, United States Marine Corps
Commanding Officer, Marine Combat Training Battalion

T. S. Mundy
Colonel, United States Marine Corps
Commanding Officer, School of Infantry-East

MARINE COMBAT TRAINING BATTALION



*To all who shall see these presents, greetings:*

*Know Ye, that reposing special trust and confidence in the fidelity and abilities of* **KARL J. ROGERS**, *I do appoint this Marine a* **CORPORAL** *in the*

# United States Marine Corps

*to rank as such from the* **FIRST** *day of* **JUNE**, *two thousand* **and TWELVE**.

*"Effective with this appointment, you are charged to carefully and diligently execute the duties and responsibilities of a* **CORPORAL** *of Marines, and I do strictly direct and require all personnel of lesser grade to render obedience to appropriate orders. As a* **CORPORAL** *of Marines you must set the example for others to emulate. Your conduct and professionalism both on and off duty shall be above reproach. You are responsible for the accomplishment of your assigned mission and for the safety, professional development and well-being of the Marines in your charge. You will be the embodiment of our institutional core values of honor, courage and commitment. You will lead your Marines with firmness, fairness and dignity while observing and following the orders and directions of your senior leaders and enforcing all regulations and articles governing the discipline of the Armed Forces of the United States of America."*

*Given under my hand at* **1ST SUPPLY BATTALION, CLR-1, 1ST MLG** *this* **FIRST** *day of* **JUNE**, *in the year of our Lord two thousand* **and TWELVE**.

AUTHORITY: MCBul 1400 of 22 May 2012

DATE PROMOTION IS EFFECTIVE FOR PAY AND ALLOWANCES: 1 June 2012

**MICHAEL J. FITZGERALD**
**MAJOR, USMC**
**COMMANDING**



# United States Marine Corps

LANCE CORPORAL KARL J. ROGERS

was, on the 1st day of June, 2011,

the subject of a

# MERITORIOUS MAST

conducted by the

Officer In Charge, Mojave Viper Support Detachment
Camp Wilson
MCAGCC, Twentynine Palms, CA

for outstanding service as follows:

DURING THE PERIOD OF 10 DECEMBER 2010 TO 1 JUNE 2011, WHILE SERVING AS AN AMMUNITION TECHNICIAN FOR THE FIELD AMMUNITION SUPPLY POINT, MOJAVE VIPER SUPPORT DETACHMENT, MARINE AIR GROUND TASK FORCE TRAINING COMMAND, TWENTYNINE PALMS, CALIFORNIA. LANCE CORPORAL ROGERS HEADED THE FIELD AMMUNITION SUPPLY POINTS (FASP) MAINTENANCE PROGRAM. LANCE CORPORAL ROGERS RESEARCHED AND FAMILIARIZED HIMSELF WITH THE VEHICLES TECHNICAL SPECIFICATION IN ORDER TO PERFORM THE APPROPRIATE LEVEL OF MAINTENANCE AND PROLONG THE VEHICLE'S LONGEVITY. HIS DILIGENCE PRESERVED THE LIFE CYCLE OF NINE TACTICAL VEHICLES AND A 3-TON COMMERCIAL VEHICLE, ALLOWING THE FASP TO PERFORM ITS DAILY OPERATION UNHINDERED. HE CONSISTENTLY PERFORMED HIS DUTIES IN AN EXEMPLARY AND PROFESSIONAL MANNER DISTINGUISHING HIMSELF BY SHOWING GREAT VERSATILITY AND A HIGH DEGREE OF MOTIVATION. HIS DEVOTION TO DUTY AND TIRELESS EFFORTS REFLECTED CREDIT UPON HIMSELF AND ARE IN KEEPING WITH THE HIGHEST TRADITIONS OF THE UNITED STATES MARINE CORPS AND NAVAL SERVICE.

T. A. GREEN
COLONEL, U. S. MARINE CORPS
COMMANDING

NAVMC 10265 (Rev 1-00) SN: 0109-LF-986-9800                                    U.S. GPO 2005-705-600



*To all who shall see these presents, greeting:*

*Know Ye, that reposing special trust and confidence in the fidelity and abilities of* KARL J ROGERS *, I do appoint this Marine a* LANCE CORPORAL (MERITORIOUSLY) *in the*

# United States Marine Corps

*to rank as such from the* SECOND *day of* APRIL *, two thousand* AND TEN.

*This appointee will therefore carefully and diligently discharge the duties of the grade to which appointed by doing and performing all manner of things thereunto pertaining. And I do strictly charge and require all personnel of lesser grade to render obedience to appropriate orders. And this appointee is to observe and follow such orders and directions as may be given from time to time by Superiors acting according to the rules and articles governing the discipline of the* Armed Forces of the United States of America.

*Given under my hand at* MCDet, REDSTONE ARSENAL, AL *this* SECOND *day of* APRIL *, in the year of our Lord* two thousand AND TEN.

AUTHORITY  MCO P1400.32D par 4201.B

DATE PROMOTION IS EFFECTIVE FOR PAY AND ALLOWANCES   14 APRIL 2010

DD FORM 215 MC

_____
A. R. MACMANNIS
Colonel, USMC
Commander
Training Command

S/N 0109-LF-985-1800

**UNITED STATES MARINE CORPS**
COMBAT LOGISTICS REGIMENT 15 (FORWARD)
1ST MARINE LOGISTICS GROUP (FORWARD)
I MARINE EXPEDITIONARY FORCE (FORWARD)
UNIT 42145, FPO AP 96427-2145

IN REPLY REFER TO:
1650
S-1
9 Aug 10

From: Commanding Officer
To: Lance Corporal Karl Rogers XXX XX 5992/2311 USMC

Subj: LETTER OF APPRECIATION

1. I want to personally thank you for the hard work and attention to detail you displayed in support of our Combat Logistics Regiment 15 (FORWARD)'s Alternate Mission Rehearsal Exercise (AMRX) in Yuma, AZ from 5 July 2010 to 4 August 2010. Your professionalism and unwavering devotion to duty were instrumental in ensuring that CLR-15 (FWD) is prepared to deploy to Afghanistan in support of OPERATION ENDURING FREEDOM during the 10.2 rotation. As a member of the AMRX, your impact was felt throughout the entire Forward Operating Base Mirage.

2. Being able to accomplish the mission in any clime and place is a hallmark of our Corps. The tenacity and determination you demonstrated during the performance of your duties in incredibly demanding conditions and an austere environment was in keeping with the highest traditions of our Corps. You should be proud of your efforts, and the impact it has had on CLR-15 (FWD)'s ability to execute a safe and successful deployment while adding to our Corp's legacy. When times were challenging, you demonstrated personal discipline that all Marines, seniors and peers, could be proud of.

3. In sum, your devotion and professionalism throughout the exercise reflected great credit upon yourself and the United States Marine Corps. Semper Fidelis and keep up the good job!

O. COLLAZO

# United States Marine Corps



Takes pleasure in presenting this certificate to

## LCpl. Rogers Karl J. 9592/2311

certifying that he has met all the requirements
and has successfully completed the syllabus prescribed for

### Green Belt

in the Marine Corps Martial Arts Program

Given at Marine Corp. Air Ground,
Combat Center, MVSD
Twenty-nine Palms, California
This 25th day of February 2011

_Commanding Officer_

_Martial Arts Instructor_



# United States Marine Corps

PRIVATE FIRST CLASS KARL J. ROGERS

was, on the **14TH** day of **APRIL**, **2010**,

the subject of a

# MERITORIOUS MAST

conducted by the

MARINE CORPS DETACHMENT, REDSTONE ARSENAL, AL

for outstanding service as follows:

FOR DEDICATED AND PROFESSIONAL PERFORMANCE IN THE AMMUNITION TECHNICIAN CLASS 506-10 FROM 10 MARCH 2010 TO 14 APRIL 2010, YOUR ATTENTION TO DETAIL AND DISCIPLINED STUDY HABITS ENABLED YOU TO GRADUATE AS THE DISTINGUISHED GRADUATE WITH AN ACADEMIC AVERAGE OF 97.74 PERCENT. ACADEMIC ENVIRONMENTS BY DESIGN ARE DEMANDING AND YOU NOT ONLY ACCEPTED THE CHALLENGE BUT EXCELLED. YOUR PROFESSIONALISM, INITIATIVE, AND "CAN DO" ATTITUDE ARE COMMENDABLE AND REFLECT ADMIRABLY UPON YOU AND ARE IN KEEPING WITH THE HIGHEST TRADITIONS OF THE UNITED STATES MARINE CORPS.

D. D. WALKER
Captain, U.S. Marine Corps
Commanding Officer

NAVMC 10935 (Rev.1-00) SN: 0109-LF-986-9800



United States Marine Corps

This is to certify that

Karl F. ███████

is the Distinguished Graduate of the Ammunition ███████ Course

Class ███

Redstone Arsenal, Alabama

on

14 April 2010

R. C. TAYLOR
CWO5
Officer in Charge
Marine Element

K. M. SULLIVAN
SSGT
AMMUNITION INSTRUCTOR

A2123CI



# DISTINGUISHED GRADUATE

Be it known that

**PRIVATE KARL J. ROGERS**

Having achieved a distinguished level of academic proficiency and having demonstrated conduct that is in keeping with the highest standards and traditions of the military service, did graduate as Distinguished Student

AMMUNITION TECHNICIAN (USMC) COURSE
645-2311 (OS), CLASS 506-10
015 MARCH 2010 – 14 APRIL 2010 (374 HOURS)

Given at Redstone Arsenal, Alabama, this 14TH day of April 2010

RICHARD B. ARMSTRONG
Deputy to the Commander

HOWARD J. MERRITT
Colonel, Logistics
Commander

OMEMS Form 726-2, 1 Oct 02

# The Department of the Army

## Defense Ammunition Center
McAlester, OK

# Certificate of Training

This is to certify that

**PFC KARL J. ROGERS**

has successfully completed

Motor Vehicle & Railcar Inspection
Naval Motor 51 (A-4E-3007-02RP)**28 Hours**
5 APR-8 APR 2010 AMMO-51

REDSTONE ARSENAL, AL

YC-3
*[signature]*
Associate Director for Training
& Operations

AMERICAN COUNCIL ON EDUCATION
CREDIT
College Credit Recommendation Service