IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| United States of America, | : |
| | :    Case No. 3:18CR00026 |
| Plaintiff(s), | : |
| | :    James G. Carr |
| vs. | :    United States District Court Senior Judge |
| | : |
| Karl J. Rogers, | : |
| | : |
| Defendant. | : |

## NOTICE OF APPEARANCE

Notice is hereby given that Russell V. Leffler (0026024), 65 Christie Avenue, P.O. Box 873, Norwalk, Ohio 44857, is entering an appearance as co-counsel for the Defendant, Karl J. Rogers.

                                                            */s/ Russell V. Leffler*
                                                            Russell V. Leffler (0026024)
                                                             65 Christie Avenue
                                                             Norwalk, Ohio 44857
                                                             (419) 681-5399 Telephone
                                                             (419) 668-7720 Facsimile
                                                             Attorney for the Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of September, 2019, a copy of the foregoing instrument was filed electronically with the District Court's electronic filing system wherein all parties may access it.

                                                              */s/ Russell V. Leffler*
                                                             Russell V. Leffler (0026024)