IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 3:18CR26 |
| | ) | |
| Plaintiff, | ) | JUDGE JAMES G. CARR |
| | ) | |
| v. | ) | |
| | ) | |
| KARL JAMES ROGERS, | ) | <u>NOTICE OF APPEARANCE</u> |
| | ) | |
| Defendant. | ) | |

Now comes the United States of America, by and through counsel, Justin E. Herdman, United States Attorney, and respectfully advises the Court that the undersigned will appear as co-counsel of record and requests that all notices and entries sent by this Court also be sent to Suzana K. Koch, Assistant U.S. Attorney, Financial Litigation Unit.

                                              Respectfully submitted,

                                              JUSTIN E. HERDMAN
                                              United States Attorney

By:   /s/ Suzana K. Koch
          Suzana K. Koch (OH: 0073743)
          Assistant United States Attorney
          United States Court House
          801 West Superior Avenue, Suite 400
          Cleveland, OH 44113
          (216) 622-3600
          (216) 522-4542 (facsimile)
          Suzana.Koch@usdoj.gov

2

## CERTIFICATE OF SERVICE

    I hereby certify that on this 15th day of January 2020 a copy of the foregoing document was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's system.

                                          /s/ Suzana K. Koch
                                          Suzana K. Koch
                                          Assistant U.S. Attorney