IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 3:18CR26 |
| | ) | |
| Plaintiff, | ) | JUDGE JAMES G. CARR |
| | ) | |
| v. | ) | |
| | ) | |
| KARL JAMES ROGERS, | ) | APPLICATION FOR |
| | ) | WRIT OF GARNISHMENT |
| Defendant, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| MASSACHUSETTS MUTUAL LIFE INSURANCE CO., | ) ) | |
| | ) | |
| Garnishee. | | |

  The United States of America (the "Plaintiff") obtained a judgment against defendant, Karl James Rogers (the "Defendant") and hereby makes application in accordance with 28 U.S.C. § 3205 to the Clerk of the United States District Court to issue a Writ of Garnishment upon the judgment entered against the Defendant, whose last known address is disclosed to the Court on the Reference List filed in this matter, in the above-captioned action in the amount of $80,100.00 restitution. The sum of $33,666.77 has been credited to the judgment debt, leaving a total balance due of $51,433.23, as of January 15, 2020.

  Demand for payment of the above-stated debt was made upon the Defendant not less than 30 days from January 15, 2020, and the Defendant has failed to satisfy the debt.

The Garnishee is believed to owe or will owe money or property to the Defendant, or is in possession of property of the Defendant, and said property is a nonexempt interest of the Defendant.

The name and address of the Garnishee or the Garnishee's authorized agent is:

>Massachusetts Mutual Life Insurance Co.
>Attn: Law Department
>1295 State Street
>Springfield, MA 01111

>Respectfully submitted,
>
>JUSTIN E. HERDMAN
>United States Attorney
>
>By:  /s/ Suzana K. Koch
>Suzana K. Koch (OH: 0073743)
>Assistant United States Attorney
>United States Court House
>801 West Superior Avenue, Suite 400
>Cleveland, OH 44113
>(216) 622-3600
>(216) 522-4542 (facsimile)
>Suzana.Koch@usdoj.gov