IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 3:18CR26 |
| | ) | |
| Plaintiff, | ) | JUDGE JAMES G. CARR |
| | ) | |
| v. | ) | |
| | ) | |
| KARL JAMES ROGERS, | ) | <u>CERTIFICATE OF SERVICE</u> |
| | ) | |
| Defendant. | ) | |

I hereby certify that the United States of America (the "Plaintiff"), served Karl James Rogers (the "Defendant") with the (1) Writ of Garnishment, (2) Clerk's Notice of Garnishment, (3) Notice to Defendant – How to Claim Exemptions, (4) Claim for Exemption Form, and (5) a copy of the Answer of Garnishee Form on February 13, 2020 via Certified Mail at the address disclosed to the Court on the Reference List filed in this matter.

Plaintiff served Massachusetts Mutual Life Insurance Co., (the "Garnishee") with the (1) Writ of Garnishment, (2) Answer of Garnishee Form, (3) Notice to Defendant – How to Claim Exemptions and (4) Claim for Exemption Form on February 11, 2020 via Federal Express to 1295 State Street Springfield, MA 01111.

                                                By: /s/ Suzana K. Koch
                                                    Suzana K. Koch
                                                    Assistant United States Attorney