IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 3:18CR26 |
| | ) | |
| Plaintiff, | ) | JUDGE JAMES G. CARR |
| | ) | |
| v. | ) | |
| | ) | |
| KARL JAMES ROGERS, | ) | <u>FINAL ORDER OF GARNISHMENT</u> |
| | ) | |
| Defendant, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| MASSACHUSETTS MUTUAL LIFE | ) | |
| INSURANCE CO. | ) | |
| Garnishee. | ) | |

     A Writ of Continuing Garnishment, directed to Garnishee, has been duly issued and served upon the Garnishee. Pursuant to the Writ of Continuing Garnishment, the Garnishee filed an answer on February 25, 2020 stating that at the time of service of the Writ, the Garnishee had possession or control of personal property belonging to and/or due to the Defendant, and that the Garnishee was indebted to the Defendant in the sum of $29,283.43 as of February 14, 2020.

     Defendant was properly served with the Writ of Continuing Garnishment and notified of the right to a hearing, but Defendant did not request a hearing, and the statutory time period to do so has elapsed. The Garnishee, will pay any property in its possession or control belonging to

and/or due to Defendant to the U.S. Clerk of Courts, and mail to: U.S. Courthouse, 801 West Superior Avenue, Room 1-127, Cleveland, Ohio, 44113, and note the Court case number on each check to ensure the payments are properly credited to the Defendant.

Having considered the Application, Garnishee's Answer of Garnishment, and noting that Defendant did not request a hearing, the Court orders as follows:

IT IS ORDERED that the Garnishee shall pay within 15 days from the date of this Order the entire amount of property in its possession or control belonging to and/or due to Defendant to the U.S. Clerk of Courts.

_____  _____
DATE                            UNITED STATES DISTRICT JUDGE