```
                    UNITED STATES DISTRICT COURT
                     NORTHERN DISTRICT OF OHIO
                         WESTERN DIVISION


   UNITED STATES OF AMERICA,        Case No. 3:18-cr-00026-JGC-1
                                    Toledo, Ohio
              Plaintiff,

         vs.                        Monday, December 17, 2018

   KARL J. ROGERS,

              Defendant.



      TRANSCRIPT OF TELEPHONIC STATUS CONFERENCE PROCEEDINGS
                BEFORE THE HONORABLE JAMES G. CARR
                 SENIOR UNITED STATES DISTRICT JUDGE


   APPEARANCES:

   For the Government:      **Tracey Ballard Tangeman**,
                            *Assistant United States Attorney*



   For the Defendant:       **Reese M. Wineman**, *Esquire*




   Official Court Reporter: Stacey L. Kiprotich, RMR, CRR
                            United States District Court
                            1716 Spielbusch Avenue, Suite 120
                            Toledo, Ohio 43604
                            (419) 213-5520



   Proceedings recorded by mechanical stenography, transcript
   produced by computer-aided transcription.
```

|  |  |
|---|---|
| 1 | **Monday, December 17, 2018** |
| 2 | - - - |
| 3 | **(Proceedings commenced at 9:34 a.m.)** |
| 4 | - - - |
| 09:39:24 5 | JUDICIAL ASSISTANT: Okay. Counsel, I now |
| 6 | have Judge Carr on the line. If you could identify yourself |
| 7 | and your client for the Judge, please, beginning with the |
| 8 | plaintiff. |
| 9 | MS. TANGEMAN: Tracey Tangeman for the |
| 09:39:34 10 | government. |
| 11 | MR. WINEMAN: And Reece Wineman for the |
| 12 | defendant, Karl Rogers. |
| 13 | THE COURT: Okay. I think what we have to do |
| 14 | is -- there's a motion to travel. We also have to take care |
| 09:39:48 15 | of some odds and ends. Apparently, he wants to go to trial; |
| 16 | right? |
| 17 | MR. WINEMAN: That's correct, Your Honor. |
| 18 | THE COURT: Okay. Have you seen -- I assume |
| 19 | the government is just going to give the jury a sample of |
| 09:40:02 20 | the stuff; right, Tracey? |
| 21 | MS. TANGEMAN: Correct, a representative |
| 22 | sample. |
| 23 | THE COURT: Yeah. How many clips or photos, |
| 24 | and how long do you think that will be? Obviously, I don't |
| 09:40:14 25 | want to overdo it. But I've tried to talk the government in |

|  |  |
|---|---|
| 1 | the past out of showing stuff, but it insists on its, quote, |
| 2 | "right" to let the jury see it.  So it's very gruesome -- |
| 3 | MS. TANGEMAN:  Yeah. |
| 4 | THE COURT:  -- I will be very candid with you. |
| 09:40:28  5 | MS. TANGEMAN:  Yeah.  I don't have an exact |
| 6 | number yet, Your Honor, but my guess is it would be |
| 7 | somewhere in the double digits, but not high double digits. |
| 8 | This defendant had thousands, and thousands, and thousands |
| 9 | of images and videos, so his cache was extremely large.  But |
| 09:40:52 10 | we'll do what we normally do, which is, you know, keep it |
| 11 | down to a very small number and try to take a representative |
| 12 | of each kind. |
| 13 | THE COURT:  I would really like no more than |
| 14 | 10 minutes of that stuff.  Having sat through it, I would |
| 09:41:06 15 | rather, you know -- I think the brevity is -- I mean, the |
| 16 | point is you don't want to get to the point where the jury |
| 17 | literally gets sick. |
| 18 | MS. TANGEMAN:  I understand, yep. |
| 19 | THE COURT:  Okay.  And I trust, Reese, that |
| 09:41:22 20 | you made really clear to your client that -- I'm not -- I |
| 21 | don't get involved in plea negotiations.  But I'm just |
| 22 | saying, you know, I think if you -- let me do this: |
| 23 | Obviously, I can't make any representation about any |
| 24 | sentence of any kind whatsoever. |
| 09:41:42 25 | MR. WINEMAN:  No.  I know that, Judge. |

| | |
|---|---|
| 1 | THE COURT: You might call Donna Grill at the |
| 2 | Federal Public Defender's Office. |
| 3 | MR. WINEMAN: Okay. Who is that, Judge? |
| 4 | THE COURT: Keep my fingerprints off of it, |
| 09:41:56  5 | certainly, in talking to your client and so forth. |
| 6 | MR. WINEMAN: Yeah. |
| 7 | THE COURT: Basically just saying do your due |
| 8 | diligence about me, sentencing, and so forth in these cases. |
| 9 | Okay? |
| 09:42:04 10 | MR. WINEMAN: Yeah. Donna Grill, Judge? |
| 11 | THE COURT: G-r-i-l-l. Tracey, offhand, just |
| 12 | so -- Tracey, do you know Donna's number offhand over at the |
| 13 | office number? |
| 14 | MS. TANGEMAN: I do. I can email it to Reece, |
| 09:42:20 15 | if you would like. |
| 16 | MR. WINEMAN: Yeah. That would be fine. |
| 17 | Thank you. |
| 18 | THE COURT: I mean, that's as much as I'm |
| 19 | going to say. Okay? |
| 09:42:28 20 | MR. WINEMAN: Yeah, that's fine, Judge. I had |
| 21 | about an hour long meeting with him two weeks ago. |
| 22 | THE COURT: Yeah, I understand. |
| 23 | MR. WINEMAN: Yeah, but it's a good idea. |
| 24 | THE COURT: Just, I mean, candidly -- well, |
| 09:42:42 25 | never mind. I've said too much anyway. |

|  |  |
|---|---|
| 1 | MR. WINEMAN: No, no. I appreciate it. |
| 2 | THE COURT: I don't mind trying it. I get |
| 3 | paid no matter what I do, and I like trials. |
| 4 | MR. WINEMAN: Sure. |
| 09:42:54  5 | THE COURT: And Tracey is nice, but I've got |
| 6 | to warn you, she's a very vigorous prosecutor. Okay? |
| 7 | MR. WINEMAN: Yes, yes. |
| 8 | THE COURT: There will be no-holds-barred, and |
| 9 | there will be nothing I can do about it because she, you |
| 09:43:04 10 | know, may flash a bit of an elbow going up for a rebound, |
| 11 | but she's not going to try to throw anybody in the cheek. |
| 12 | MR. WINEMAN: No. That's fine Judge, yeah. |
| 13 | THE COURT: So she'll keep you within the |
| 14 | court in metaphoric and actual terms. So. . . |
| 09:43:20 15 | MR. WINEMAN: Right. |
| 16 | THE COURT: I've only tried one or two of them |
| 17 | and -- I think just one. And I'll tell you, it just takes a |
| 18 | glance at the jury -- |
| 19 | MR. WINEMAN: Yeah. |
| 09:43:32 20 | THE COURT: -- and that's all it takes, okay, |
| 21 | to get the message that. . . |
| 22 | And, you know, candidly, we get jurors from, what, 20, |
| 23 | 21, 22 counties? What do we have? They're all Northwest |
| 24 | Ohio. |
| 09:43:46 25 | MS. TANGEMAN: Yeah. |

|  |  |
|--|--|
| 1 | MR. WINEMAN: Right, yep. |
| 2 | THE COURT: You know, we get them from places, |
| 3 | unsophisticated, you know, semi-Bible Belt towns like |
| 4 | Tontogany, and Rising Sun, and Celina, and, you know, St. |
| 09:44:00 5 | Marys. |
| 6 | MR. WINEMAN: And Norwalk, yeah. |
| 7 | THE COURT: I mean, these are small town -- |
| 8 | well, on the whole, small cities, small town people. |
| 9 | And. . . |
| 09:44:12 10 | MR. WINEMAN: Exactly. |
| 11 | THE COURT: And I don't care, you know. It |
| 12 | would be about a three-day trial, tops. And I can't imagine |
| 13 | he's going to put on a defense. If he wants to, that's |
| 14 | fine. But. . . |
| 09:44:24 15 | MR. WINEMAN: Right. |
| 16 | THE COURT: So, Tracey, has any defendant ever |
| 17 | put on a defense? |
| 18 | MS. TANGEMAN: No, no. I mean, it's very |
| 19 | difficult. And this guy made admissions. |
| 09:44:32 20 | MR. WINEMAN: Yeah. |
| 21 | MS. TANGEMAN: I mean, I don't know how he |
| 22 | gets out from underneath that. But, I mean. . . |
| 23 | MR. WINEMAN: Yeah, yeah. I've had him review |
| 24 | his admissions in detail. |
| 09:44:48 25 | MS. TANGEMAN: Uh-huh. |

|  |  |
|---|---|
| 1 | THE COURT: Yeah. I know. I know he has. |
| 2 | Well, at times you got to earn your money and do the best |
| 3 | you can. So. . . |
| 4 | MR. WINEMAN: Yeah. Exactly, Judge. Yeah, I |
| 09:44:56  5 | will definitely contact this Donna Grill. |
| 6 | THE COURT: Yeah. Give Donna a call. |
| 7 | MR. WINEMAN: I will. |
| 8 | THE COURT: And I guess, you know, just -- do |
| 9 | not, please -- I just think keep me out of it because that |
| 09:45:04 10 | will be a clear violation. |
| 11 | MR. WINEMAN: Oh, I will, yeah. |
| 12 | THE COURT: And I've stepped up to the line |
| 13 | and maybe stuck a big toe across it, and I don't want to do |
| 14 | anything to upset the -- |
| 09:45:18 15 | MR. WINEMAN: No, no. I appreciate it, Judge. |
| 16 | THE COURT: If there's no plea, there's no |
| 17 | plea. If it doesn't -- |
| 18 | MR. WINEMAN: Right. |
| 19 | THE COURT: You know, it doesn't matter to me. |
| 09:45:28 20 | And what's -- |
| 21 | MR. WINEMAN: No. I understand. |
| 22 | THE COURT: -- the mandatory minimum? |
| 23 | MS. TANGEMAN: What's the what? |
| 24 | THE COURT: What's the mandatory minimum? |
| 09:45:42 25 | MS. TANGEMAN: Five years, 60 months. |

| | |
|---|---|
| 1 | THE COURT: Good. Okeydoke. |
| 2 | On the motion to travel, so what -- have you heard |
| 3 | from Pretrial? I mean, I just don't -- well, I have no |
| 4 | problem, as long as he's been in compliance so far, you |
| 09:45:52  5 | know. |
| 6 | MR. WINEMAN: Right. |
| 7 | THE COURT: He's not going to be home for the |
| 8 | holidays for a long time. So. . . |
| 9 | MR. WINEMAN: Right. |
| 09:45:58 10 | THE COURT: So, Tracey, what's -- is there any |
| 11 | significant, you know, substantial reason not to let him go? |
| 12 | MS. TANGEMAN: Well, I guess I have some |
| 13 | concerns that if we did it for him, it would essentially |
| 14 | allow every single person to get out for the holidays. I |
| 09:46:18 15 | mean, this is one where he is in custody; right? |
| 16 | THE COURT: Yeah. |
| 17 | MS. TANGEMAN: He's not out. So, I mean, my |
| 18 | compassion is not absent; but at the same time, I just -- I |
| 19 | think that it would set a dangerous precedent that, you |
| 09:46:36 20 | know, every defendant could file this motion, and we could |
| 21 | literally be opening up the jail door to allow every single |
| 22 | federal defendant to go see family for the holidays. |
| 23 | THE COURT: If I do, let me condition it -- |
| 24 | first of all, it's a brief -- it's six hours. And what are |
| 09:46:58 25 | the -- who is going to pick him up? Who is going to take |

| | |
|---|---|
| 1 | him, you know? Who is going to be in charge of him? |
| 2 | MR. WINEMAN: I would say the parents, |
| 3 | Your Honor. |
| 4 | THE COURT: Okay. I mean, I really have no |
| 09:47:14  5 | problem with that. And, Tracey -- the other thing, Reese, |
| 6 | you tell him that he's not to say to anybody where he's |
| 7 | going or why he's going. |
| 8 | MR. WINEMAN: Right, Judge. I will. |
| 9 | THE COURT: But if -- it would simply -- he |
| 09:47:26 10 | can simply -- he may have already told somebody in the jail |
| 11 | that he's made this request and. . . |
| 12 | MR. WINEMAN: Right. No, I will make sure |
| 13 | that mum's the word. |
| 14 | THE COURT: Number one, Tracey, the holidays |
| 09:47:42 15 | are few and far between. I know there are other events, |
| 16 | but, you know, he's in the custody of his parents. And he |
| 17 | can explain to them "in the custody" means in one of their |
| 18 | presences -- |
| 19 | MR. WINEMAN: Right. |
| 09:48:02 20 | THE COURT: -- you know, the entire time from |
| 21 | the time they pick him up to probably around -- |
| 22 | MR. WINEMAN: Yeah. All right, Judge. Will |
| 23 | do. |
| 24 | THE COURT: Is departure and return time 4:00 |
| 09:48:16 25 | to 10:00? Or is that -- I assume it's not. In other words, |

1    I assume that he would -- the period would be roughly --

2               MR. WINEMAN: Well, yeah, whatever we put in

3    the motion.

4               THE COURT: Medina is a good two and a half

5    hours away --

6               MR. WINEMAN: Yeah, exactly.

7               THE COURT: -- if you go over some direct

8    route. It's a pretty route, but in terms of some of the

9    small towns you go through.

10              MR. WINEMAN: Right.

11              THE COURT: Or you can also go on the

12   turnpike.

13      So, Tracey, I'll deal with the next one when it comes

14   up --

15              MS. TANGEMAN: Okay.

16              THE COURT: -- candidly.

17      I mean, have you heard from Pretrial, Tracey?

18              MS. TANGEMAN: Yeah, I think Cheryce emailed

19   and said she basically just wanted to confirm with the

20   individuals.

21              THE COURT: Yeah.

22              MS. TANGEMAN: And I wanted to hear from her

23   as well. But I just don't think I can do anything but

24   object because, yeah, it would open the jail doors to every

25   defendant.

| | |
|---|---|
| 1 | THE COURT: I'll deal with next guy that comes |
| 2 | knocking on my door. |
| 3 | MS. TANGEMAN: Okay. |
| 4 | THE COURT: It might be a year for that. But, |
| 09:49:32  5 | you know, it's -- maybe I'm affected by the euphoria of the |
| 6 | fact that my wife's 75th birthday is tomorrow. Today is our |
| 7 | 62nd anniversary. After a night with me, my wife aged a |
| 8 | year. But much more importantly, our entire family came as |
| 9 | a surprise to her this weekend and it was wonderful. |
| 09:49:58 10 | So the guy is going to be home -- how old a man is he? |
| 11 | MS. TANGEMAN: I can tell you. He is -- |
| 12 | MR. WINEMAN: He's mid-30s, Judge. |
| 13 | THE COURT: Okay. And what's the guideline if |
| 14 | he. . . |
| 09:50:16 15 | MS. TANGEMAN: The guideline is 151 to 188 |
| 16 | after acceptance. |
| 17 | THE COURT: So what's that, about 15 years? |
| 18 | 12 years? I don't know. 15 years? |
| 19 | MS. TANGEMAN: Correct. 15 years would be the |
| 09:50:30 20 | higher end of that, so it is about 12 to 15, yeah. |
| 21 | THE COURT: Okay. All right. I'm trying to |
| 22 | get Cheryce's -- what's Cheryce's email? For some reason, |
| 23 | it doesn't pop up. I've got another Cheryce -- |
| 24 | MR. WINEMAN: It's reesewineman@live.com. |
| 09:50:56 25 | THE COURT: No. I'm talking about the |

```
 1            pretrial officer.
 2                         MS. TANGEMAN:  Cheryce's email is Cheryce,
 3            C-h-e-r-y-c-e --
 4                         THE COURT:  Oh.  "Y," okay.  Now I've got it.
 5                         MS. TANGEMAN:  Okay.
 6                         THE COURT:  And let me email the two of you.
 7                 And, Reese, what's your email?
 8                         MR. WINEMAN:  Reesewineman@live.com, Judge.
 9                         THE COURT:  W-i-n-e, Wineman?
10                         MR. WINEMAN:  Right.
11                         THE COURT:  And your name is -- okay.  So
12            reesewineman@?
13                         MR. WINEMAN:  Live, L-i-v-e --
14                         THE COURT:  Yeah.
15                         MR. WINEMAN:  -- .com
16                         THE COURT:  I hope that works.  Okay.  If you
17            don't get it, then I'm sending a -- Cheryce, I've been
18            misspelling her name all these years.
19                 Okay.  Is he in the county jail?  Where is the housed,
20            Reese?  Do you know?
21                         MR. WINEMAN:  It's in rural Willard,
22            Your Honor.
23                         THE COURT:  Oh.  He's out in the neighborhood.
24            All right.
25                         MR. WINEMAN:  Yeah, yeah.
```

```
                1            THE COURT:  What is that from Medina would you
                2   guess, being generally familiar, probably better than --
                3            MR. WINEMAN:  I would say an hour and a half,
                4   Your Honor.
   09:55:06     5            THE COURT:  Okay.  So he can be picked up
                6   at -- wait a minute -- I'm going to say at 2:30.
                7            MR. WINEMAN:  Yeah.  That's fine, Judge.
                8            THE COURT:  All right.  To return not later
                9   than midnight.
   09:55:42    10            MR. WINEMAN:  Right.
               11            THE COURT:  Cheryce, okay to let D travel in
               12   company of parents.
               13            MR. WINEMAN:  Right.
               14            THE COURT:  Low battery.
   09:56:20    15               (Court Reporter clarification)
               16            THE COURT:  I said, "Low battery."  It's on my
               17   iPad.
               18       Cheryce, okay to let D travel in company of parents
               19   provided he is in actual, physical presence of at least one
   09:56:36   20   of them at all times from pick up to return, and that he not
               21   disclose to anybody the fact that he is being granted this
               22   extraordinary request, which is rarely granted, and as to
               23   which the government has expressed a strong objection on the
               24   basis that others confined in pretrial detention will want
   09:57:08   25   to do likewise.
```

1  The simple truth is, Tracey, I've got no concern about
2  his appearance or the custodians. And, you know, candidly,
3  others that may seek the same favor isn't, I don't think, a
4  proper consideration at this point. I realize it may create
5  a problem down the road. I will deal with it if it does.
6  Let's hope it doesn't.
7  They may pick him up at 2:30 p.m. and are to return
8  him not later than midnight.
9  MR. WINEMAN: Fine, Judge.
10  THE COURT: If there is any reason for delay
11  or problem, the custodians are to notify you, AUSA Tangeman,
12  and his attorney, Reese Wineman, all of whom will provide
13  you with their phone numbers immediately. Okay?
14  MR. WINEMAN: Got it, Judge.
15  THE COURT: Okay. Yeah, he may have talked to
16  people. If he has, tell him, you know, we'll just deal with
17  it, you know.
18  MR. WINEMAN: Yeah. I will tell him to ferme
19  la bouche.
20  THE COURT: Yeah, just keep -- loose lips will
21  sink ships. Okay?
22  Give Donna a call and go from there.
23  MR. WINEMAN: I will, Judge, yeah.
24  THE COURT: And I'm going to set a plea
25  date -- plea notification date --

|  |  |
|---|---|
| 1 | MR. WINEMAN: Right. |
| 2 | THE COURT: -- not later than 10 days before |
| 3 | the voir dire. |
| 4 | MR. WINEMAN: Okay. |
| 09:59:08 5 | THE COURT: And, by the way, Tracey, I think |
| 6 | we should have 60 jurors. That, apparently, has been a |
| 7 | pretty standard -- oops. Sending it to our former court |
| 8 | reporter, Tracy McGurk. That doesn't work. |
| 9 | JUDICIAL ASSISTANT: Voir dire is set for -- |
| 09:59:32 10 | THE COURT: Oh. Wait, wait. No. I just sent |
| 11 | it to somebody else. Okay. Tracey -- let me try Tangeman. |
| 12 | There we go. Okay. Reesewineman@live or life? |
| 13 | MR. WINEMAN: Live, l-i-v-e, Judge. |
| 14 | THE COURT: Okay. |
| 09:59:54 15 | MR. WINEMAN: .com. |
| 16 | THE COURT: Okay. Very good. |
| 17 | JUDICIAL ASSISTANT: Judge, one last thing. |
| 18 | DeAnna has a note that we need to discuss the number of |
| 19 | jurors to be brought in for voir dire and that's set for |
| 10:00:08 20 | Friday, February 1. |
| 21 | THE COURT: So, yeah, notify us by |
| 22 | January 15th -- |
| 23 | MR. WINEMAN: Yeah, Judge. |
| 24 | THE COURT: -- if you want to call off the |
| 10:00:18 25 | jurors. Tell him that if there is a subsequent plea, number |

```
 1   one, quite candidly, he may lose acceptance of
 2   responsibility or the full benefit of that.
 3              MR. WINEMAN:  Yeah, I got it.
 4              THE COURT:  Maybe he changes his mind.  Or, I
 5   mean, a subsequent plea, comes in the morning of trial and
 6   says, "Uh-oh.  I've seen, you know" --
 7              MR. WINEMAN:  No.  I won't do that.
 8              THE COURT:  Well, I mean, if he wants to, he's
 9   entitled to it.  You can't tell him to plead or not plead.
10   You can't control the decision.
11              MR. WINEMAN:  No.  I understand.
12              THE COURT:  Tell him, you know --
13              MR. WINEMAN:  Yeah.  I will make it clear that
14   January 15th is the cutoff date, Judge.
15              THE COURT:  Yeah.  But, you know, if he
16   changes his mind, he changes his mind.  But, you know, the
17   delay in notifying, especially when we're going to be
18   bringing in 60 jurors --
19              MR. WINEMAN:  Yeah, exactly.
20              THE COURT:  -- you know, I will take that --
21   well, I'm not going to say that.  Okay?
22              MR. WINEMAN:  No, no.  I understand.  Yep.
23              THE COURT:  Now, do you foresee any motions in
24   limine?
25              MR. WINEMAN:  No.  Not at this time, Judge.
```

|  |  |
|---|---|
| 1 | THE COURT:  Okay.  I will just say:  Motions |
| 2 | in limine due two weeks before trial, reply in one week. |
| 3 | Tracey, do you have anything? |
| 4 | MS. TANGEMAN:  I might have one thing, yeah. |
| 10:01:42  5 | I'll have to -- |
| 6 | THE COURT:  Well, what might that be do you |
| 7 | think? |
| 8 | MS. TANGEMAN:  Well, it may be that I'll file |
| 9 | a motion in limine that there should be no raising of any |
| 10:01:54  10 | suppression issues, as those could be litigated prior to |
| 11 | trial. |
| 12 | MR. WINEMAN:  No.  That's not a problem, |
| 13 | Trace.  Okay. |
| 14 | THE COURT:  Okay.  So, yeah, I'll leave the |
| 10:02:08  15 | deadline. |
| 16 | (Court Reporter clarification) |
| 17 | THE COURT:  Yeah.  The deadline will be two |
| 18 | weeks for motion -- deadline for any motions in limine, if |
| 19 | any, two weeks prior to trial; opposition, one week -- due |
| 10:02:30  20 | one week prior to trial. |
| 21 | MR. WINEMAN:  All right, Judge.  Fine. |
| 22 | THE COURT:  Okay? |
| 23 | MR. WINEMAN:  Got it. |
| 24 | THE COURT:  Good enough. |
| 10:02:38  25 | And anything further, Reece, for you? |

---

1  THE COURT:  Okay.  I will just say:  Motions
2  in limine due two weeks before trial, reply in one week.
3       Tracey, do you have anything?
4  MS. TANGEMAN:  I might have one thing, yeah.
5  I'll have to --
6  THE COURT:  Well, what might that be do you
7  think?
8  MS. TANGEMAN:  Well, it may be that I'll file
9  a motion in limine that there should be no raising of any
10  suppression issues, as those could be litigated prior to
11  trial.
12  MR. WINEMAN:  No.  That's not a problem,
13  Trace.  Okay.
14  THE COURT:  Okay.  So, yeah, I'll leave the
15  deadline.
16  (Court Reporter clarification)
17  THE COURT:  Yeah.  The deadline will be two
18  weeks for motion -- deadline for any motions in limine, if
19  any, two weeks prior to trial; opposition, one week -- due
20  one week prior to trial.
21  MR. WINEMAN:  All right, Judge.  Fine.
22  THE COURT:  Okay?
23  MR. WINEMAN:  Got it.
24  THE COURT:  Good enough.
25       And anything further, Reece, for you?

1   MR. WINEMAN: No. I'm good, Judge.

2   THE COURT: Okay. Tracey?

3   MR. WINEMAN: Have a happy holiday.

4   THE COURT: Oh, that's right. Have a nice
5   Christmas, everybody, nice holiday, and good New Year, and
6   I'll see you in February.

7   MR. WINEMAN: You too, Trace.

8   THE COURT: I'm pretty sure that you have the
9   unwelcome task of seeing me in January at some point in all
10  likelihood.

11  MR. WINEMAN: All right, Judge.

12  THE COURT: Okay. Good enough. Tracey and
13  Reese, have a good holiday season and a good New Year.

14  MR. WINEMAN: You too, Judge.

15  MS. TANGEMAN: You as well.

16  THE COURT: Thanks.

17  (Proceedings concluded at 10:03 a.m.)

18  - - -

19  **C E R T I F I C A T E**

20  I certify that the foregoing is a correct transcript
    of the record of proceedings in the above-entitled matter
21  prepared from my stenotype notes.

22  */s/ Stacey L. Kiprotich            10/29/2021*
    STACEY L. KIPROTICH, RMR, CRR              DATE
23

24

25