IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES of AMERICA, | ) | Case No. 3:18CR00026 |
| Plaintiff. | ) | |
| | ) | JUDGE CARR |
| vs. | ) | |
| | ) | STATUS REPORT |
| KARL ROGERS, | ) | |
| Defendant | ) | |

Now comes defendant, Karl Rogers, by and through his counsel, Attorney Merle R. Dech Jr. and hereby files this Status Report. Counsel states that there is one more person Counsel needs to speak to regarding a file. Counsel asks to be allowed until August 15, 2022 to advise the court.

Respectfully submitted,

/s/Merle R. Dech, Jr.
Merle R. Dech, Jr. (0055835)
610 Adams Street, 2nd Floor
Toledo, Ohio 43604
TEL: (419) 241-5506
FAX: (419) 242-3442
mdechesq@hotmail.com
Attorney for Defendant

Date: July 26, 2022

CERTIFICATE OF SERVICE

This is to certify that this foregoing motion was electronically filed on July 26, 2022

and all parties served by electronic filing and/or ordinary mail.

/s/ Merle R. Dech, Jr.